**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GLEN ELLYN PHARMACY, INC, ) | | |
| on behalf of plaintiff and ) | | |
| the class members defined herein, ) | | |
| ) | 13 CV 7927 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Honorable Judge Guzman | |
| ) | Magistrate Judge Valdez | |
| PHARMA TECH SOLUTIONS, INC., ) | | |
| SHASTA TECHNOLOGIES, LLC, ) | | |
| and JOHN DOES 1-10, ) | | |
| ) | | |
| Defendants. ) | | |

**NOTICE OF SETTLEMENT AND
JOINT MOTION TO STRIKE BRIEFING SCHEDULE**

Now comes Glen Ellyn Pharmacy, Inc., Plaintiff herein, and Defendants Pharma Tech Solutions, Inc. and Shasta Technologies, LLC ("Defendants") (hereinafter collectively referred to as "Parties") by and through their respective attorneys, and file this Notice of Settlement and Joint Motion to Strike Briefing Schedule.

In support of the Notice, the Parties state as follows:

On March 17, 2014, this Court entered a briefing schedule related to Defendants' Motion to Dismiss. [Dkt No. 54] According to this Court's Order of March 17, 2014, Plaintiff is to respond to the motion by April 17, 2014 and Defendants are to reply in support of their motion by May 1, 2014. [Dkt No. 54]

The Parties are pleased to report that they have reached a settlement in this matter and are in the process of documenting the settlement. The Parties expect to finish documenting the settlement and file a Stipulation of Dismissal within the next forty five (45) days.

WHEREFORE, Glen Ellyn Pharmacy, Inc. and Defendants Pharma Tech Solutions, Inc. and Shasta Technologies, LLC respectfully request that this Court enter an order (a) striking the briefing schedule entered on March 17, 2014 related to Defendants' Motion to Dismiss; and (b) granting any further relief the Court deems just and appropriate.

Respectfully submitted,

GLEN ELLYN PHARMACY, INC.

By: /s/ Dulijaza Clark

One of His attorneys

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)


Respectfully submitted,

PHARMA TECH SOLUTIONS, INC.

By: /s/ David V. Clark (with permission)

David V. Clark
Lathrop & Gage LLP
155 North Wacker Drive
Suite 3050
Chicago, IL 60606
312-920-3300
Respectfully submitted,

SHASTA TECHNOLOGIES, LLC

By: /s/ Angelo J. Kappas (with permission)

One of their attorneys

Angelo John Kappas
James H. Ryan
Gordon & Rees LLP
One North Franklin
Suite 800
Chicago, IL 60606

**CERTIFICATE OF SERVICE**

I, Dulijaza Clark, hereby certify that on April 16, 2014, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system and notification of such filing was sent to the following parties:

Robin Stewart
Lathrop & Gage LLP
2345 Grand Blvd., Suite 2400
Kansas City, MO 64108
(816) 292-2000
 rstewart@lathropgage.com

Gregory P. Casimer
Bryan K. Clark
David V. Clark
Lathrop & Gage LLP
155 North Wacker Drive, Suite 3050
Chicago, IL 60606
312-920-3300
gcasimer@lathropgage.com
bclark@lathropgage.com
dclark@lathropgage.com

Paul Gamboa
Angelo John Kappas
James H. Ryan
Gordon & Rees LLP
One North Franklin, Suite 800
Chicago, IL 60606
(312) 980-6790
pgamboa@gordonrees.com
akappas@gordonrees.com
hayesryan@gordonrees.com

/s/ Dulijaza Clark
Dulijaza (Julie) Clark

Daniel A. Edelman
Cathleen M. Combs
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
312) 419-0379 (FAX)