IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLEN ELLYN PHARMACY, INC, on behalf of plaintiff and the class members defined herein, | ) ) ) | |
| | ) | 13 CV 7927 |
| Plaintiff, | ) ) | |
| v. | ) ) | Honorable Judge Guzman |
| | ) | Magistrate Judge Valdez |
| PHARMA TECH SOLUTIONS, INC., SHASTA TECHNOLOGIES, LLC, and JOHN DOES 1-10, | ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendants with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| **GLEN ELLYN PHARMACY, INC.** | **PHARMA TECH SOLUTIONS, INC.** |
| s/ *Dulijaza Clark* | s/ *David V. Clark* |
| By one of its attorneys | By one of its attorneys |
| Dulijaza Clark | David V. Clark |
| | |
| Dulijaza (Julie) Clark | David V. Clark |
| Edelman, Combs, Latturner & Goodwin LLC | Robin E. Stewart |
| 120 S. LaSalle St., 18th Fl. | 2345 Grand Blvd., Suite 2400 |
| Chicago, IL 60603 | Kansas City, MO 64108 |
| Phone: (312) 739-4200 | Phone: (816) 292-2000 |
| Fax:   (312) 419-0379 | Fax:   (816) 292-2000 |

Bryan K. Clark
LATHROP & GAGE LLP
155 North Wacker Drive, Suite 3050
Chicago, IL 60606
Phone: (312) 920-3300
Fax: (312) 920-3301

Attorneys for Defendant,
*Pharma Tech Solutions, Inc.*


**DEFENDANT**

SHASTA TECHNOLOGIES, LLC


s/ *Angelo J. Kappas*
By one of its attorneys
Angelo J. Kappas

J. Hayes Ryan
Paul Gamboa
Angelo J. Kappas
Gordon & Rees, LLP
One North Franklin St. #800
Chicago, IL 60606
(312) 565-1400

Attorneys for Defendant, *Shasta Technologies, LLC*

**CERTIFICATE OF SERVICE**

   I, Dulijaza Clark, hereby certify that on May 8, 2014, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system and notification of such filing was sent to the following parties:

Robin Stewart
Lathrop & Gage LLP
2345 Grand Blvd.
Suite 2400
Kansas City, MO 64108
(816) 292-2000 rstewart@lathropgage.com

Gregory P. Casimer
Bryan K. Clark
David V. Clark
Lathrop & Gage LLP
155 North Wacker Drive
Suite 3050
Chicago, IL 60606
312-920-3300
gcasimer@lathropgage.com
bclark@lathropgage.com
dclark@lathropgage.com

Paul Gamboa
Angelo John Kappas
James H. Ryan
Gordon & Rees LLP
One North Franklin
Suite 800
Chicago, IL 60606
(312) 980-6790
pgamboa@gordonrees.com
akappas@gordonrees.com
hayesryan@gordonrees.com

                s/ *Dulijaza Clark*
                Dulijaza Clark

Daniel A. Edelman
Cathleen M. Combs
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)